

**IT IS ORDERED as set forth below:**

**Date: August 23, 2017**

_Wendy L. Hagenau_

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.  A17-59306-WLH |
| AMY BECKMANN GRAY | ) | |
| DEBTOR | ) | CHAPTER 13 |
| | ) | |

**ORDER ON TRUSTEE'S MOTION OBJECTING TO THE**
**DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. 1328(f)**

The above and foregoing matter came before this Court on August 16, 2017 at 9:30 a.m.

on the Trustee's Motion Objecting to the Debtor's Discharge because the Debtor filed a previous

Chapter 7 case during the last four years and received a discharge. Upon review of the pleadings,

and for good cause shown:

**IT IS HEREBY ORDERED** that the Debtor is ineligible for a discharge in this case

pursuant to 11 U.S.C. Section 1328(f).

**END OF DOCUMENT**

Presented by:

/s/
Ryan J. Williams,
Attorney for Chapter 13 Trustee
GA Bar No. 940874
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201

## DISTRIBUTION LIST

Case Number **A17-59306-WLH**

Amy Beckmann Gray
1680 South Gordon Street SW
Atlanta, GA 30310

The Semrad Law Firm, LLC
303 Perimeter Center North, Suite 201
Atlanta, GA 30346

Nancy J. Whaley
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303